MORRIS SILVERBERG, PLAINTIFF-RESPONDENT, v. JOSEPH C. MASON, DEFENDANT-APPELLANT.

Submitted May term, 1929—Decided June 21, 1929.

Before Justices PARKER, BLACK and BODINE.

For the defendant-appellant, *Thomas F. Doyle.*

For the plaintiff-respondent, *Aaron A. Melniker.*

PER CURIAM.

This suit was brought in the District Court of Bayonne to recover one hundred and fifty ($150) dollars, two months' rent for premises No. 277a Fairmount avenue, Jersey City. The case was tried by the court without a jury, resulting in a judgment for the plaintiff for $150.

This case turned upon a question of fact. The trial court found that the plaintiff's contention was the correct one. We cannot disturb a judgment when based upon evidence found to be correct by the trial court.

The judgment of the District Court of Bayonne is therefore affirmed, with costs.